AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

GAS NATURAL APROVISIONAMIENTOS
SDG, S.A.,
            Petitioner,

-against-

ATLANTIC LNG COMPANY
OF TRINIDAD AND TOBAGO,
            Respondent.

**APPEARANCE**

Case Number: 08-CV-1109 (DLC)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    GAS NATURAL APROVISIONAMIENTOS
    SDG, S.A.,

    I certify that I am admitted to practice in this court.

| | |
|---|---|
| 2/6/2008 | *(signed)* Richard L. Mattiaccio |
| Date | Signature |
| | Richard L. Mattiaccio     RM4764 |
| | Print Name     Bar Number |
| | Squire Sanders & Dempsey, L.L.P., 350 Park Avenue |
| | Address |
| | New York     NY     10022 |
| | City     State     Zip Code |
| | (212) 872-9800     (212) 872-9815 |
| | Phone Number     Fax Number |