≈AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

GAS NATURAL APROVISIONAMIENTOS
SDG, S.A.,

                Petitioner,

  -against-

ATLANTIC LNG COMPANY
OF TRINIDAD AND TOBAGO,

                Respondent.

**APPEARANCE**

Case Number: 08-CV-1109 (DLC)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    GAS NATURAL APROVISIONAMIENTOS
    SDG, S.A.,

    I certify that I am admitted to practice in this court.

| 2/6/2008 | _(signature)_ |
|---|---|
| Date | Signature |

| Howard J.C. Nicols | HC3594 |
|---|---|
| Print Name | Bar Number |

Squire Sanders & Dempsey, L.L.P., 350 Park Avenue
Address

| New York | NY | 10022 |
|---|---|---|
| City | State | Zip Code |

| (212) 872-9800 | (212) 872-9815 |
|---|---|
| Phone Number | Fax Number |