



SQUIRE, SANDERS & DEMPSEY L.L.P.

350 Park Avenue
New York, New York 10022-6022

Office: +1.212.872.9800
Fax: +1.212.872.9815



Direct: +1.212.872.9836
sskulnik@ssd.com

February 6, 2008



BY HAND DELIVERY

Hon. Denise L. Cote
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1040
New York, NY 10007

Re:   Gas Natural Aprovisionamientos, SDG, S.A. vs. Atlantic LNG Company of Trinidad & Tobago, Case No. 08-cv-1109 (DLC)

Dear Judge Cote:

We represent the Petitioner in this matter. I attach a copy of the Petition for your reference.

Yesterday we asked the Clerk of the Court to serve, pursuant to Fed R. Civ. P. 4(f)(2)(C)(ii) (made applicable to corporations by Fed R. Civ. P 4(h)(2)), the Summons, Petition and any supporting papers on the Respondent. The clerk refused, on the mistaken belief that Rule 4 does not apply when a case is commenced by Petition rather than by Complaint.

We enclose an application to direct the Clerk of the Court to make service pursuant to the Federal Rules of Civil Procedure. Because the Clerk has refused our request, the Orders and Judgment Clerk has not approved our application. For that reason, we are sending the application to Your Honor directly.

I am, of course, available for a conference at Your Honor's convenience.

*February 7, 2008*

*Denied, for failure to address whether the relief requested is "prohibited by the sovereign country's laws." FRCiv P 4 f 2 C.*

*Denise Cote*

CINCINNATI • CLEVELAND • COLUMBUS • HOUSTON • LOS ANGELES • MIAMI • NEW YORK • PALO ALTO • PHOENIX • SAN FRANCISCO • TALLAHASSEE • TAMPA • TYSONS CORNER
WASHINGTON DC • WEST PALM BEACH | CARACAS • RIO DE JANEIRO • SANTO DOMINGO | BRATISLAVA • BRUSSELS • BUDAPEST • LONDON • MADRID • MILAN • MOSCOW
PRAGUE • WARSAW • BEIJING • HONG KONG • SHANGHAI • TOKYO | ASSOCIATED OFFICES: BUCHAREST • BUENOS AIRES • DUBLIN • KYIV • SANTIAGO

www.ssd.com

**SQUIRE, SANDERS & DEMPSEY L.L.P.**

Hon. Denise L. Cote
February 6, 2008
Page 2

Thank you for your consideration.

                                              Respectfully,

                                              Steven Skulnik

NEWYORK/78435.1
052941.00002