UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GAS NATURAL APROVISIONAMIENTO SSDG, S.A.,

Petitioner,

- against -

ATLANTIC LNG COMPANY OFTRINIDAD AND TOBAGO

Respondent.

08 cv 1109 DLC

MOTION TO ADMIT COUNSEL
PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Steven Skulnik a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: Stephen Patrick Anway
Firm Name: Squire, Sanders & Dempsey L.L.P.
Address: 4900 Key Tower, 127 Public Square
City/State/Zip: Cleveland, OH 44114-1304
Phone Number: 216.479.8500
Fax Number: 216.479.8780

Stephen Patrick Anway is a member in good standing of the Bar of the State of Ohio

There are no pending disciplinary proceeding against Stephen Patrick Anway in any State or Federal court.

Dated: February 7, 2008
City, State: New York, New York:

Respectfully submitted,

Sponsor's
SDNY Bar: Steven Skulnik (SS 7821)
Firm Name: Squire, Sanders and Dempsey L.L.P.
Address: 350 Park Avenue
City/State/Zip: New York, New York 10022-6022
Phone Number: 212.872.9800
Fax Number: 212.872.9815

NEWYORK/78461.1
052941.00002

# The Supreme Court of Ohio

C E R T I F I C A T E

    I, SUSAN B. CHRISTOFF, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

Stephen Patrick Anway

was admitted to the practice of law in Ohio on November 18, 2002; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

    IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 4th day of February, 2008.

SUSAN B. CHRISTOFF
*Director, Attorney Services Division*

*Attorney Registration Specialist*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------

GAS NATURAL APROVISIONAMIENTOS    Case No. 08-cv-1109 (DLC)
SDG, S.A.,

             Petitioner,

          -against-    **DECLARATION IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

ATLANTIC LNG COMPANY OF TRINIDAD
AND TOBAGO,

             Respondent.
---------------------------------------------------------------

Steven Skulnik declares as follows:

1. I am of counsel to the law firm of Squire, Sanders & Dempsey L.L.P and an attorney for Gas Natural Aprovisionamientos SDG, S.A., the Petitioner in the above-captioned proceeding. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Petitioner's motion to admit Stephen Patrick Anway as counsel pro hac vice to represent Petitioner in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in February 1984. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Stephen Patrick Anway since earlier this year when we began to work on this matter together.

4. Mr. Anway is an associate with the firm of Squire, Sanders & Dempsey L.L.P in Cleveland, Ohio.

5. I have found Mr. Anway to be a skilled attorney and a person of integrity. He is experienced in federal practice and is familiar with the Federal Rules of Procedure.

NEWYORK/78464.2
052941.00002

6. Accordingly, I am pleased to move the admission of Stephen Patrick Anway, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Stephen Patrick Anway, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Stephen Patrick Anway, pro hac vice, to represent Petitioner in the above captioned matter, be granted.

I declare under the penalty of perjury that the foregoing is true and correct and was executed this 7th day of February, 2008 at New York, New York.

Steven Skulnik (SS 7821)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| GAS NATURAL APROVISIONAMIENTO SSDG, S.A., | Petitioner, | 08 cv 1109 (DLC) |
|---|---|---|
| - against - <br> ATLANTIC LNG COMPANY OF TRINIDAD AND TOBAGO | Respondent. | ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION |

Upon the motion of Steven Skulnik attorney for Gas Natural Aprovisionamientos SDG, S.A

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

   Applicant's Name: Stephen Patrick Anway

   Firm Name: Squire, Sanders & Dempsey L.L.P.

   Address: 4900 Key Tower, 127 Public Square

   City/State/Zip Cleveland, OH 44114-1304

   Telephone/Fax 216.479.8500

   Email Address: sanway@ssd.com

is admitted to practice pro hac vice as counsel for Gas Natural Aprovisionamientos SDG, in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State: New York, New York

_____
United States District/Magistrate Judge



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

GAS NATURAL APROVISIONAMIENTOS
SDG, S.A.,

          Petitioner,

      -against-

ATLANTIC LNG COMPANY OF TRINIDAD
AND TOBAGO,

          Respondent.
-------------------------------------------------------

Case No. 08-cv-1109 (DLC)

**CERTIFICATE OF SERVICE
BY MAIL**

    I, Steven Skulnik, hereby certify that on this 7th day of February 2008, I caused true and correct copies of the foregoing Motion to Admit George Moore von Mehren as Counsel Pro Hac Vice, a good standing certificate of the Supreme Court from the State of Ohio and my Declaration in Support of Motion to Admit George Moore von Mehren as Counsel Pro Hac Vice along with a proposed order, to be served by first-class mail, pursuant to Rule 5(b)(2)(C) of the Federal Rules of Civil Procedure upon the Respondent addressed as follows:

    Atlantic Company of Trinidad and Tobago
    P.O. Box 1337
    Corner Keate & Pembroke Streets
    Port of Spain
    Trinidad, W.I.

                                                    _____
                                                       Steven Skulnik (SS 7821)

NEWYORK/78468.1
052941.00002

SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

GAS NATURAL APROVISIONAMIENTO SSDG, S.A.,

Petitioner,

- against -

ATLANTIC LNG COMPANY OF TRINIDAD AND TOBAGO

Respondent.

08 cv 1109 (DLC)

**MOTION TO ADMIT COUNSEL**

**PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Steven Skulnik a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: George Moore von Mehren
Firm Name: Squire, Sanders & Dempsey L.L.P.
Address: 4900 Key Tower, 127 Public Square
City/State/Zip: Cleveland, OH 44114-1304
Phone Number: 216.479.8500
Fax Number: 216.479.8780

George Moore von Mehren is a member in good standing of the Bar of the State of Ohio

There are no pending disciplinary proceeding against George Moore von Mehren in any State or Federal court.

Dated: February 7, 2008
City, State: New York, New York:

Respectfully submitted,

Sponsor's
SDNY Bar: Steven Skulnik (SS 7821)
Firm Name: Squire, Sanders and Dempsey L.L.P.
Address: 350 Park Avenue
City/State/Zip: New York, New York 10022-6022
Phone Number: 212.872.9800
Fax Number: 212.872.9815

SDNY Form Web 10/2006

NEWYORK/78460.2
052941.00002

# The Supreme Court of Ohio

C E R T I F I C A T E

    I, SUSAN B. CHRISTOFF, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

George Moore von Mehren

was admitted to the practice of law in Ohio on November 04, 1977; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

    IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 4th day of February, 2008.

SUSAN B. CHRISTOFF
*Director, Attorney Services Division*

*Attorney Registration Specialist*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

GAS NATURAL APROVISIONAMIENTOS     Case No. 08-cv-1109 (DLC)
SDG, S.A.,

        Petitioner,

  -against-                                 **DECLARATION IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

ATLANTIC LNG COMPANY OF TRINIDAD
AND TOBAGO,

        Respondent.
-------------------------------------------------------

Steven Skulnik declares as follows:

1. I am of counsel to the law firm of Squire, Sanders & Dempsey L.L.P and an attorney for Gas Natural Aprovisionamientos SDG, S.A., the Petitioner in the above-captioned proceeding. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Petitioner's motion to admit George Moore von Mehren as counsel pro hac vice to represent Petitioner in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in February 1984. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known George Moore von Mehren for approximately one year when he recruited me to join my current law firm, Squire, Sanders & Dempsey L.L.P.

4. Mr. von Mehren is a partner with the firm of Squire, Sanders & Dempsey L.L.P in Cleveland, Ohio.

5. I have found Mr. von Mehren to be a skilled attorney and a person of integrity. He is experienced in federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of George Moore von Mehren, pro hac vice.

7. I respectfully submit a proposed order granting the admission of George Moore von Mehren, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit George Moore von Mehren, pro hac vice, to represent Petitioner in the above captioned matter, be granted.

I declare under the penalty of perjury that the foregoing is true and correct and was executed this 7th day of February, 2008 at New York, New York.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Steven Skulnik (SS 7821)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| GAS NATURAL APROVISIONAMIENTO SSDG, S.A., | Petitioner, | |
| | | 08  cv 1109   (DLC) |
| - against - | Respondent. | ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION |
| ATLANTIC LNG COMPANY OF TRINIDAD AND TOBAGO | | |

Upon the motion of  Steven Skulnik    attorney for  Gas Natural Aprovisionamientos SDG, S.A

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Applicant's Name: George Moore von Mehren:

    Firm Name: Squire, Sanders & Dempsey L.L.P.

    Address: 4900 Key Tower, 127 Public Square

    City/State/Zip Cleveland, OH 44114-1304

    Telephone/Fax  216.479.8500

    Email Address: gvonmehren@ssd.com

is admitted to practice pro hac vice as counsel for   Gas Natural Aprovisionamientos SDG,  in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State: New York, New York

                                                                  United States District/Magistrate Judge



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

| | |
|---|---|
| GAS NATURAL APROVISIONAMIENTOS SDG, S.A., | Case No. 08-cv-1109 (DLC) |
| Petitioner, | **CERTIFICATE OF SERVICE BY MAIL** |
| -against- | |
| ATLANTIC LNG COMPANY OF TRINIDAD AND TOBAGO, | |
| Respondent. | |

-----------------------------------------------------------

I, Steven Skulnik, hereby certify that on this 7th day of February 2008, I caused true and correct copies of the foregoing Motion to Admit Stephen Patrick Anway as Counsel Pro Hac Vice, a good standing certificate of The Supreme Court from the State of Ohio and my Declaration in Support of Motion to Admit Stephen Patrick Anway Counsel Pro Hac Vice along with a proposed order, to be served by first-class mail, pursuant to Rule 5(b)(2)(C) of the Federal Rules of Civil Procedure upon the Respondent addressed as follows:

Atlantic Company of Trinidad and Tobago
P.O. Box 1337
Corner Keate & Pembroke Streets
Port of Spain
Trinidad, W.I.

_____
Steven Skulnik (SS 7821)