UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------

GAS NATURAL APROVISIONAMIENTOS   Case No. 08-cv-1109 (DLC)
SDG, S.A.,

               Petitioner,   **ORDER FOR SERVICE BY THE CLERK**

               -against-

ATLANTIC LNG COMPANY OF TRINIDAD
AND TOBAGO,

               Respondent.
---------------------------------------------------------------

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 2/11/08

    WHEREAS, GAS NATURAL APROVISIONAMIENTOS SDG, S.A., ("GNA") has on February 4, 2008 filed a Petition for Order Recognizing and Enforcing and Arbitration Award pursuant to 9 U.S.C. §§201 *et. seq.* with supporting declaration and exhibits (the "Petition") which award was unanimously rendered by a duly constituted Arbitral Tribunal on January 17, 2008 in *The Matter of the UNCITRAL Arbitration between Atlantic LNG Company of Trinidad & Tobago* ("Atlantic") *and GNA* pursuant to the UNCITRAL Arbitration Rules (the "Award"); and

    WHEREAS, a summons has been issued to Atlantic by the Clerk of the Court; and

    WHEREAS, Atlantic is a corporation which cannot be served at a place within any judicial district of the United States; and

    WHEREAS, Fed R. Civ. P. 4(f)(2)(C)(ii) (made applicable to corporations by Fed R. Civ. P 4(h)(2)) provides service on such a corporation may be served using any form of mail that the clerk addresses and sends to the individual and that requires a signed receipt; and

    WHEREAS, on February 5, 2008, as set forth in the Affidavit of Joseph R. Parilla, sworn to on February 5, 2008, Cecilia Rudden, Administrative Assistant to the Clerk of the Court,

refused to make service on Atlantic on the stated grounds that the pleading accompanying the summons is styled a Petition rather than a Complaint; and

WHEREAS, Rule 4 of the Federal Rules of Civil Procedure applies equally to a Summons, whether accompanied by a Complaint, Petition or other pleading.

IT IS ORDERED THAT

The Clerk of the Court shall serve, pursuant to Fed R. Civ. P. 4(f)(2)(C)(ii) (made applicable to corporations by Fed R. Civ. P 4(h)(2)), the Summons, the Petition and any other papers in support thereof on Atlantic and any other Respondent which may be named who cannot be served at a place within any judicial district of the United States.

SO ORDERED:

                                                  UNITED STATES DISTRICT JUDGE

Dated New York, New York
February __11__, 2008