SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GAS NATURAL APROVISIONAMIENTO SSDG, S.A.,

Petitioner,

- against -

ATLANTIC LNG COMPANY OF TRINIDAD AND TOBAGO

Respondent.

08 cv 1109 (DLC)

MOTION TO ADMIT COUNSEL
PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Steven Skulnik a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: Steven B. Harris
Firm Name: Squire, Sanders & Dempsey L.L.P.
Address: 600 Travis, Suite 6200
City/State/Zip: Houston, Texas 77002
Phone Number: 713.546.5850
Fax Number: (713) 546.5830

Steven B. Harris is a member in good standing of the Bar of the State of Texas

There are no pending disciplinary proceeding against Steven B. Harris in any State or Federal court.

Dated: February 8, 2008
City, State: New York, New York:

Respectfully submitted,

Sponsor's
SDNY Bar: Steven Skulnik (SS 7821)
Firm Name: Squire, Sanders and Dempsey L.L.P.
Address: 350 Park Avenue
City/State/Zip: New York, New York 10022-6022
Phone Number: 212.872.9800
Fax Number: 212.872.9815

# STATE BAR OF TEXAS



**Office of The Chief Disciplinary Counsel**

February 06, 2008


RE:   **Mr. Steven B. Harris**
      State Bar Number - **09093200**

To Whom it May Concern:

This is to certify that Mr. Steven B. Harris was licensed to practice law in Texas on November 24, 1980 and is an active member in good standing with the State Bar of Texas.

Good Standing means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

*[signature]*

John A. Neal
Chief Disciplinary Counsel

JN/cc



P.O. Box 12487, Capitol Station, Austin, Texas 78711, 512-427-1463 or 1-800-204-2222

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

| | |
|---|---|
| GAS NATURAL APROVISIONAMIENTOS SDG, S.A., | Case No. 08-cv-1109 (DLC) |
| Petitioner, | |
| -against- | **DECLARATION IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |
| ATLANTIC LNG COMPANY OF TRINIDAD AND TOBAGO, | |
| Respondent. | |

-----------------------------------------------------------

Steven Skulnik declares as follows:

1. I am of counsel to the law firm of Squire, Sanders & Dempsey L.L.P and an attorney for Gas Natural Aprovisionamientos SDG, S.A., the Petitioner in the above-captioned proceeding. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Petitioner's motion to admit Steven B. Harris as counsel pro hac vice to represent Petitioner in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in February 1984. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Steven B. Harris for approximately one year when I met him while interviewing to join my current law firm, Squire, Sanders & Dempsey L.L.P.

4. Mr. Harris is a partner with the firm of Squire, Sanders & Dempsey L.L.P in Houston, Texas.

5. I have found Mr. Harris to be a skilled attorney and a person of integrity. He is experienced in federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Steven B. Harris, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Steven B. Harris, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Steven B. Harris, pro hac vice, to represent Petitioner in the above captioned matter, be granted.

I declare under the penalty of perjury that the foregoing is true and correct and was executed this 8th day of February, 2008 at New York, New York.

_____
Steven Skulnik (SS 7821)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| GAS NATURAL APROVISIONAMIENTO SSDG, S.A., | Petitioner, |
|---|---|

08 cv 1109 (DLC)

| - against - ATLANTIC LNG COMPANY OF TRINIDAD AND TOBAGO | Respondent. |
|---|---|

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

Upon the motion of Steven Skulnik    attorney for    Gas Natural Aprovisionamientos SDG, S.A

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Applicant's Name: Steven B. Harris

Firm Name: Squire, Sanders & Dempsey L.L.P.

Address: 600 Travis, Suite 6200

City/State/Zip Houston, Texas 77002

Telephone/Fax 713.546.5850

Email Address: sharris@ssd.com

is admitted to practice pro hac vice as counsel for    Gas Natural Aprovisionamientos SDG, in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State New York, New York

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $    SDNY RECEIPT#
SDNY Form Web 10/2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

| | |
|---|---|
| GAS NATURAL APROVISIONAMIENTOS SDG, S.A., | Case No. 08-cv-1109 (DLC) |
| Petitioner, | **CERTIFICATE OF SERVICE BY MAIL** |
| -against- | |
| ATLANTIC LNG COMPANY OF TRINIDAD AND TOBAGO, | |
| Respondent. | |

-----------------------------------------------------------

I, Steven Skulnik, hereby certify that on this 8th day of February 2008, I caused true and correct copies of the foregoing Motion to Admit Steven B. Harris as Counsel Pro Hac Vice, a good standing certificate of the State Bar of Texas and my Declaration in Support of Motion to Admit Steven B. Harris Counsel Pro Hac Vice along with a proposed order, to be served by first-class mail, pursuant to Rule 5(b)(2)(C) of the Federal Rules of Civil Procedure upon the Respondent addressed as follows:

   Atlantic Company of Trinidad and Tobago
   P.O. Box 1337
   Corner Keate & Pembroke Streets
   Port of Spain
   Trinidad, W.I.

                                           _____
                                           Steven Skulnik (SS 7821)

NEWYORK/78468.2
052941.00002