UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GAS NATURAL APROVISIONAMIENTO SSDG, S.A.,

Petitioner,

- against -

ATLANTIC LNG COMPANY OF TRINIDAD AND TOBAGO

Respondent.

08 cv 1109 DLC

**MOTION TO ADMIT COUNSEL**

**PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Steven Skulnik a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: Stephen Patrick Anway
Firm Name: Squire, Sanders & Dempsey L.L.P.
Address: 4900 Key Tower, 127 Public Square
City/State/Zip: Cleveland, OH 44114-1304
Phone Number: 216.479.8500
Fax Number: 216.479.8780

Stephen Patrick Anway is a member in good standing of the Bar of the State of Ohio

There are no pending disciplinary proceeding against Stephen Patrick Anway in any State or Federal court.

Dated: February 7, 2008
City, State: New York, New York:

Respectfully submitted,

Sponsor's
SDNY Bar: Steven Skulnik (SS 7821)
Firm Name: Squire, Sanders and Dempsey L.L.P.
Address: 350 Park Avenue
City/State/Zip: New York, New York 10022-6022
Phone Number: 212.872.9800
Fax Number: 212.872.9815

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/08