SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

GAS NATURAL
APROVISIONAMIENTO
SSDG, S.A.,

                Petitioner,

- against -

ATLANTIC LNG COMPANY OF
TRINIDAD AND TOBAGO

                Respondent.

**RECEIVED**

**MEMO ENDORSED**

08 cv 1109 DLC

**MOTION TO ADMIT COUNSEL**

**PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Steven Skulnik a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

    Applicant's Name: George Moore von Mehren
    Firm Name: Squire, Sanders & Dempsey L.L.P.
    Address: 4900 Key Tower, 127 Public Square
    City/State/Zip: Cleveland, OH 44114-1304
    Phone Number: 216.479.8500
    Fax Number: 216.479.8780

George Moore von Mehren is a member in good standing of the Bar of the State of Ohio

*Granted.* [signature] *February 15, 2008*

There are no pending disciplinary proceeding against George Moore von Mehren in any State or Federal court.

Dated: February 7, 2008
City, State: New York, New York:

Respectfully submitted,

[signature]

Sponsor's
SDNY Bar: Steven Skulnik (SS 7821)
Firm Name: Squire, Sanders and Dempsey L.L.P.
Address: 350 Park Avenue
City/State/Zip: New York, New York 10022-6022
Phone Number: 212.872.9800
Fax Number: 212.872.9815

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/08