**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

GAS NATURAL APROVISIONAMIENTOS
SDG, S.A.,

                               Petitioner,

               v.

ATLANTIC LNG COMPANY OF
TRINIDAD AND TOBAGO,

                             Respondent.

**Case No.: 08 Civ. 1109 (DLC)**

**Electronically Filed**

<u>**NOTICE OF APPEARANCE**</u>

PLEASE TAKE NOTICE that James Cavoli of Milbank, Tweed, Hadley & McCloy

LLP, hereby appears in the above-captioned action as counsel for Respondent, Atlantic LNG

Company of Trinidad and Tobago, and requests electronic notification of all filings in the above-

captioned action and that all other papers be sent to the address set forth below:

Dated:  New York, NY                  MILBANK TWEED HADLEY & MCCLOY LLP
         February 22, 2008

                                       By:     /s/ James Cavoli

                                     James Cavoli (JC 7487)
                                   One Chase Manhattan Plaza
                                   New York, NY 10005-1413
                                   212.530.5000
                                   212.530.5219 (facsimile)

                                   *Attorneys for Respondent:*
                                   *Atlantic LNG Company of Trinidad and Tobago*

-2-

## **CERTIFICATE OF FILING**

I hereby certify that on February 22, 2008, this Notice of Appearance was filed through the ECF system.


___s/ James Cavoli_____