UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GAS NATURAL APROVISIONAMIENTOS SDG, S.A.,<br><br>                      Petitioner,<br><br>             v.<br><br>ATLANTIC LNG COMPANY OF TRINIDAD AND TOBAGO,<br><br>                      Respondent. | Case No.: 08 Civ. 1109 (DLC)<br><br>**Electronically Filed** |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Michael L. Hirschfeld of Milbank, Tweed, Hadley & McCloy LLP, hereby appears in the above-captioned action as counsel for Respondent, Atlantic LNG Company of Trinidad and Tobago, and requests electronic notification of all filings in the above-captioned action and that all other papers be sent to the address set forth below:

Dated: New York, NY
         February 22, 2008

MILBANK TWEED HADLEY & MCCLOY LLP

By:    /s/ Michael L. Hirschfeld

   Michael L. Hirschfeld (MH 6799)
   One Chase Manhattan Plaza
   New York, NY 10005-1413
   212.530.5000
   212.530.5219 (facsimile)

*Attorneys for Respondent:*
*Atlantic LNG Company of Trinidad and Tobago*

-2-

## **CERTIFICATE OF FILING**

     I hereby certify that on February 22, 2008, this Notice of Appearance was filed through the ECF system.

          ___s/ James Cavoli_____