Michael L. Hirschfeld (MH 6799)
James Cavoli (JC 7487)
MILBANK, TWEED, HADLEY & McCLOY LLP
One Chase Manhattan Plaza
New York, New York 10005
(212) 530-5000

*Attorneys for Respondent Atlantic LNG Company of Trinidad and Tobago*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GAS NATURAL APROVISIONAMIENTOS SDG, S.A.,<br><br>                              Petitioner,<br><br>           v.<br><br>ATLANTIC LNG COMPANY OF TRINIDAD AND TOBAGO,<br><br>                              Respondent. | Case No.: 08 Civ. 1109 (DLC)<br><br>**DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**<br><br>**Electronically Filed** |

        Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned certifies that the Respondent is a wholly owned subsidiary of Atlantic 1 Holdings LLC ("Atlantic 1"), a Delaware limited liability company, that is not publicly traded. BP Trinidad (LNG) B.V. (an affiliate of BP p.l.c.), BG Trinidad LNG Limited (an affiliate of BG Group p.l.c.), Repsol LNG Port Spain B.V. (an affiliate of Repsol YPF S.A.), Suez LNG Liquefaction, S.A. (an affiliate of Suez, S.A.) and NGC Trinidad and Tobago LNG Limited (an affiliate of The National Gas Company of Trinidad & Tobago) each hold at least a 10% ownership interest in Atlantic 1.

Dated: February 22, 2008
       New York, New York

                             Respectfully submitted,

                             **MILBANK, TWEED, HADLEY & McCLOY LLP**

By: /s/ James Cavoli
    Michael L. Hirschfeld (MH 6799)
    James Cavoli (JC 7487)
    MILBANK, TWEED, HADLEY & McCLOY LLP
    One Chase Manhattan Plaza
    New York, New York 10005
    (212) 530-5000

    *Attorneys for Respondent Atlantic LNG Company of Trinidad and Tobago*