UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GAS NATURAL APROVISIONAMIENTOS SDG, S.A.,<br><br>         Petitioner,<br><br>    v.<br><br>ATLANTIC LNG COMPANY OF TRINIDAD AND TOBAGO,<br><br>         Respondent. | Case No.: 08 Civ. 1109 (DLC)<br><br>**Electronically Filed** |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Michael L. Hirschfeld of Milbank, Tweed, Hadley & McCloy LLP, hereby appears in the above-captioned action as counsel for Respondent, Atlantic LNG Company of Trinidad and Tobago, and requests electronic notification of all filings in the above-captioned action and that all other papers be sent to the address set forth below:

Dated: New York, NY      MILBANK TWEED HADLEY & MCCLOY LLP
    February 22, 2008

              By: /s/ Michael L. Hirschfeld

              Michael L. Hirschfeld (MH 6799)
              One Chase Manhattan Plaza
              New York, NY 10005-1413
              212.530.5000
              212.530.5219 (facsimile)

              *Attorneys for Respondent:*
              *Atlantic LNG Company of Trinidad and Tobago*

-2-

## CERTIFICATE OF FILING

     I hereby certify that on February 22, 2008, this Notice of Appearance was filed through the ECF system.

                        ___s/ James Cavoli_____