USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED 2/27/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GAS NATURAL APROVISIONAMIENTOS
SDG, S.A.,

    Petitioner,

-against-

ATLANTIC LNG COMPANY OF TRINIDAD
AND TOBAGO,

    Respondent.

---

Case No. 08-cv-1109 (DLC)

**STIPULATION OF SERVICE AND BRIEFING SCHEDULE**

WHEREAS, Gas Natural Aprovisionamientos SDG, S.A. ("GNA") has on February 4, 2008 filed a Petition for Order Recognizing and Enforcing an Arbitration Award pursuant to 9 U.S.C. §§ 201 *et. seq.* with supporting declaration and exhibits (the "Petition"), which award was unanimously rendered by an Arbitral Tribunal on January 17, 2008 in *The Matter of the UNCITRAL Arbitration between Atlantic LNG Company of Trinidad & Tobago* ("Atlantic") *and GNA* pursuant to the UNCITRAL Arbitration Rules (the "Award"); and

WHEREAS, a summons has been issued by the Clerk of the Court to Atlantic to answer the Petition (the "Summons"); and

WHEREAS, Atlantic has agreed to waive service of the Summons and Petition.

NOW, THEREFORE,

IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1.     Atlantic hereby appears in this action by and through its undersigned counsel and hereby waives service of the Summons and Petition.

2.     Atlantic hereby waives any defense based on insufficient process and insufficient service of process, including any defenses under Fed R. Civ. P. 12 (b) (4) and (5).

3. Atlantic's opposing papers to the Petition and any cross-motion to vacate, modify, or correct the Award shall be due on or before April 16, 2008, GNA's reply to Atlantic's opposing papers to the Petition and opposition to any cross-motion to vacate, modify, or correct the Award shall be due on or before June 16, 2008, and Atlantic's reply to GNA's opposition to any cross-motion to vacate, modify, or correct the Award shall be due on or before June 30, 2008; provided, however, that (*i*) GNA may file an Amended Petition, *nunc pro tunc*, to reflect any interpretation and/or correction of the Award rendered by the Arbitral Tribunal pursuant to Articles 35 and 36 of the UNCITRAL Arbitration Rules without affecting the schedule set forth in this Paragraph, and (*ii*) the schedule set forth in this Paragraph shall not apply to any motion to vacate, modify or correct filed by GNA in response to any interpretation and/or correction of the Award rendered by the Arbitral Tribunal.

4. Except for requests to the Arbitral Tribunal made pursuant to Articles 35 and/or 36 of the UNCITRAL Arbitration Rules for interpretation of and/or correction to the Award and except for any responses thereto, and provided that both Parties act in accordance with the Award during such time, neither GNA nor Atlantic shall file any other application, petition, motion, request, or other document before April 16, 2008 in this Court, or initiate any other proceeding in any other court or forum, concerning the Award.

Dated: New York, New York
February 22, 2008

SQUIRE, SANDERS & DEMPSEY L.L.P.

By: _____
Howard J.C. Nicols (HN 3594)
Richard L. Mattiaccio (RM 4764)
Steven Skulnik (SS 7821)
350 Park Avenue, 15th Floor
New York, NY 10022
(212) 872-9800

MILBANK, TWEED, HADLEY & McCLOY LLP

By: _____
Michael L. Hirschfeld (MH6799)
James G. Cavoli (JC7487)
1 Chase Manhattan Plaza
New York, NY 10005-1413
(212) 530-5000

2

So ordered.

*Denise Cote*
Feby 27 2008