# MILBANK, TWEED, HADLEY & McCLOY LLP

1 CHASE MANHATTAN PLAZA

NEW YORK, N.Y. 10005-1413

212-530-5000

FAX: 212-530-5219

| LOS ANGELES | | BEIJING |
| --- | --- | --- |
| 213-892-4000 | | 8610-5123-5120 |
| FAX: 213-629-5063 | | FAX: 8610-5123-5191 |
| | | |
| WASHINGTON, D.C. | | HONG KONG |
| 202-835-7500 | | 852-2971-4888 |
| FAX: 202-835-7586 | | FAX: 852-2840-0792 |
| | | |
| LONDON | MICHAEL L. HIRSCHFELD | SINGAPORE |
| 020-7615-3000 | PARTNER | 65-6428-2400 |
| FAX: 020-7615-3100 | DIRECT DIAL NUMBER | FAX: 65-6428-2500 |
| | 212-530-5832 | |
| FRANKFURT | FAX: 212-822-5832 | TOKYO |
| 49-69-71914-3400 | | 813-3504-1050 |
| FAX: 49-69-71914-3500 | | FAX: 813-3595-2790 |
| | | |
| MUNICH | | |
| 49-89-25559-3600 | | |
| FAX: 49-89-25559-3700 | | |

**MEMO ENDORSED**

April 10, 2008



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/08

**By Hand Delivery**

The Honorable Denise L. Cote
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1040
New York, NY 10007

Re:   *Gas Natural Aprovisionamientos, SGD, S.A. v. Atlantic LNG Company of Trinidad & Tobago,* Case No. 08 Civ. 1109 (DLC)

Dear Judge Cote:

      We are the attorneys for Respondent, Atlantic LNG Company of Trinidad and Tobago ("Atlantic"), in the above-referenced action. Pursuant to this Court's scheduling order dated February 27, 2008, Atlantic will, on or before April 16, 2008, file papers in opposition to the Petition for an order recognizing and enforcing the Final Award (the "Petition") filed by Gas Natural Aprovisionamientos, SDG, S.A. ("GNA") on February 4, 2008. Atlantic's papers will also include a cross-motion to vacate the Final Award. We write to seek leave to file a memorandum of law in opposition to the Petition and in support of Atlantic's cross-motion of up to 35 pages, which would exceed the 25 page limit specified in Rule 2.B of the Court's Individual Practices in Civil Cases. Counsel for GNA consents to Atlantic's request.[1]

---

[1] Under the aforementioned scheduling order, GNA's reply/opposition papers are due on June 16, 2008. We have informed counsel for GNA that Atlantic will consent to the same 35 page limit for such papers should GNA so request.

Hon. Denise L. Cote
April 10, 2008
Page 2

      The requested extension of the page limit is sought because of the length and complexity of the underlying arbitration, which involved twelve hearing days, 3,034 pages of hearing transcript, several thousand pages of witness statements and fact documents, and more than 1,000 pages of combined legal briefing by the Parties. While the Court will be comforted to know that we do not propose a detailed review of this record in the motion to vacate, some presentation of these underlying matters, beyond that contained in GNA's motion to confirm, is required. The matter is further complicated by the fact that, after the arbitral panel issued the Final Award that is the subject of GNA's motion on January 17, 2008, the panel, at Atlantic's request, issued a corrected and clarified Final Award on March 27, 2008, which differs in certain respects from the original.

      Accordingly, we respectfully ask the Court to grant the page limit extension. We will respond immediately should the Court have any questions regarding this application.

Respectfully submitted,

*Michael L. Hirschfeld*

*Granted.*
*Denise Cote*
*April 11, 2008*

cc:    George von Mehren, Esq.
       Counsel for GNA
       (by e-mail and Federal Express)

NY2:#4785345v1