```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
GAS NATURAL APROVISIONAMIENTOS, SDG,    :
S.A.,                                   :
                        Petitioner,     :   08 Civ. 1109 (DLC)
                                        :
            -v-                         :   ORDER
                                        :
ATLANTIC LNG COMPANY OF TRINIDAD AND    :
TOBAGO,                                 :
                        Respondent.     :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

   During a conference call on April 15, 2008 with petitioner Gas Natural Aprovisionamientos, SDG, S.A. ("GNA") and respondent Atlantic LNG Company of Trinidad & Tobago, the Court determined that pricing and destination information in this litigation are confidential and should be filed under seal in accordance with Fed. R. Civ. P. 5.2(d) and (e)(2).  It is hereby

   ORDERED that the parties shall file under seal with the Clerk of Court unredacted pages of their motion papers containing pricing and destination information.

   IT IS FURTHER ORDERED that the parties may file redacted motion papers in the public record that conform to this Order.

   IT IS FURTHER ORDERED that GNA shall file a redacted

petition in the public record by April 18, 2008.

SO ORDERED:

Dated:   April 16, 2008
         New York, New York

                                       _____
                                              DENISE COTE
                                       United States District Judge

2