# MILBANK, TWEED, HADLEY & McCLOY LLP

1 CHASE MANHATTAN PLAZA

NEW YORK, N.Y. 10005-1413

212-530-5000
FAX: 212-530-5219

| LOS ANGELES | BEIJING |
| 213-892-4000 | 8610-5123-5120 |
| FAX: 213-829-5063 | FAX: 8610-5123-5191 |

| WASHINGTON, D.C. | HONG KONG |
| 202-835-7500 | 852-2971-4888 |
| FAX: 202-835-7586 | FAX: 852-2840-0792 |

| LONDON | SINGAPORE |
| 020-7615-3000 | 65-6428-2400 |
| FAX: 020-7615-3100 | FAX: 65-6428-2500 |

MICHAEL L. HIRSCHFELD
PARTNER
DIRECT DIAL NUMBER
212-530-5832
FAX: 212-822-5832

| FRANKFURT | TOKYO |
| 49-69-71914-3400 | 813-3504-1050 |
| FAX: 49-69-71914-3500 | FAX: 813-3595-2790 |

MUNICH
49-89-25559-3600
FAX: 49-89-25559-3700

April 17, 2008

**MEMO ENDORSED**

**By Hand Delivery**


RECEIVED
APR 18 2008
CHAMBERS OF
DENISE COTE


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/08

The Honorable Denise L. Cote
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1040
New York, NY 10007

Re:  *Gas Natural Aprovisionamientos, SGD, S.A. v. Atlantic LNG Company of Trinidad & Tobago*, Case No. 08 Civ. 1109 (DLC)

Dear Judge Cote:

We are the attorneys for Respondent, Atlantic LNG Company of Trinidad and Tobago ("Atlantic"), in the referenced action. Pursuant to the Court's April 16, 2008 order, both Gas Natural Aprovisionamientos, SDG, S.A. ("GNA") and Atlantic are required to file redacted motion papers with the Court on April 18, 2008. We write on behalf of both parties to request a short extension of this deadline to April 23, 2008, to allow the parties to confer and agree upon redactions. Much of the material attached as exhibits to the motions consists of shared documents in which each party has a confidentiality interest. The parties believe that each party should review the redactions the other proposes to make to its motion, in order to ensure that protected information is not inadvertently disclosed.

Given the volume of the material that must be reviewed (approximately 1,000 pages) and the need to coordinate with persons in European and Caribbean locations, the parties respectfully request a short extension, to Wednesday, April 23, 2008, to complete this process and make the

Granted.
/s/ Denise Cote
April 18, 2008

Hon. Denise L. Cote
April 17, 2008
Page 2

filings contemplated by the April 16 order. Counsel are prepared to respond immediately should the Court have any questions regarding this request.

Respectfully submitted,

Michael L. Hirschfeld

cc:   George von Mehren, Esq.
      Stephen P. Anway, Esq.
      Howard J. Nicols, Esq.
      Counsel for GNA
      (by e-mail)

NY2:#4786328