UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
                                            )
GAS NATURAL APROVISIONAMIENTOS,             )
SDG, S.A.,                                  )     08 Cv. 1109 (DC)
                                            )
                  Petitioner,               )
                                            )
            - against -                     )
                                            )
ATLANTIC LNG COMPANY OF TRINIDAD            )
AND TOBAGO,                                 )
                                            )
                  Respondent.               )
_____)


## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, upon the accompanying Declaration of James Cavoli and Atlantic LNG Company of Trinidad and Tobago's Memorandum of Law in Support of its Motion to Vacate the Arbitral Award and in Opposition to Gas Natural Approvisionamientos SDG S.A.'s Petition to Recognize and Enforce the Award, all dated April 16, 2008, Respondent Atlantic LNG Company of Trinidad and Tobago ("Respondent") hereby moves this Court, before the Hon. Denise L. Cote, U.S.D.J., at United States Courthouse, 500 Pearl Street, New York, New York, for an order, pursuant to 9 U.S.C. §§ 10-12, vacating, modifying and/or correcting the Final Award dated January 17, 2008, as corrected and clarified on March 27, 2008, concerning the arbitration between Respondent and Petitioner Gas Natural Aprovisionamientos SDG

S.A. ("Petitioner"), and for certain other relief as requested in Respondent's Memorandum of Law.

Dated: New York, NY
      April 16, 2008

MILBANK TWEED HADLEY & MCCLOY LLP

By: *Michael L. Hirschfeld / AGC*

Michael L. Hirschfeld (MH 6799)
One Chase Manhattan Plaza
New York, NY 10005-1413
212.530.5000
212.530.5219 (facsimile)

*Attorneys for Respondent:*
*Atlantic LNG Company of Trinidad and Tobago*

NY2:#4786127v1