**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

GAS NATURAL APROVISIONAMIENTOS
SDG, S.A.,

                                    Petitioner,

            v.                                              **Case No.: 08 Civ. 1109 (DLC)**

ATLANTIC LNG COMPANY OF
TRINIDAD AND TOBAGO,

                                    Respondent.

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2008, Defendant's Notice of Motion, Memorandum of Law, and related Declaration and exhibits thereto, in support of Atlantic's Motion to Vacate the Final Award, and in opposition to GNA's February 4, 2008 Petition was caused to be served by email (in accordance with their written consent) to the individuals identified as follows:

> George M. von Mehren, Esq. (GvonMehren@ssd.com)
> Stephen P. Anway, Esq. (SAnway@ssd.com)
> Howard J. Nicols, Esq. (HNicols@ssd.com)
> Steven B. Harris, Esq. (SHarris@ssd.com)
>
> Counsel for GNA.

DATED:    April 16, 2008
          New York, New York

                                    Michael L. Hirschfeld