SDNY (Rev. 10-2006) Pro Hac Vice Motion to Admit Counsel

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**MEMO ENDORSED**

**SCANNED**

GAS NATURAL APROVISIONAMIENTO SSDG, S.A.,

Petitioner,

- against -

ATLANTIC LNG COMPANY OF TRINIDAD AND TOBAGO

Respondent.

08 cv 1109 (DLC)

**MOTION TO ADMIT COUNSEL**

**PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Steven Skulnik a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: Steven B. Harris
Firm Name: Squire, Sanders & Dempsey L.L.P.
Address: 600 Travis, Suite 6200
City/State/Zip: Houston, Texas 77002
Phone Number: 713.546.5850
Fax Number: (713) 546.5830

Granted: [signature] May 5, 2008

Steven B. Harris is a member in good standing of the Bar of the State of Texas

There are no pending disciplinary proceeding against Steven B. Harris in any State or Federal court.

Dated: February 8, 2008
City, State: New York, New York:

Respectfully submitted,

_____
Sponsor's
SDNY Bar: Steven Skulnik (SS 7821)
Firm Name: Squire, Sanders and Dempsey L.L.P.
Address: 350 Park Avenue
City/State/Zip: New York, New York 10022-6022
Phone Number: 212.872.9800
Fax Number: 212.872.9815

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/08

SDNY Form Web 10/2006