**SQUIRE, SANDERS & DEMPSEY L.L.P.**

350 Park Avenue
New York, New York 10022-6022

Office: +1.212.872.9800
Fax: +1.212.872.9815

**SQUIRE** | LEGAL
**SANDERS** | COUNSEL
 | WORLDWIDE



Direct: +1.212.872.9836
sskulnik@ssd.com

May 20, 2008

**MEMO ENDORSED**

BY HAND DELIVERY

Hon. Denise L. Cote
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1040
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/2/08

Re:  **Gas Natural Aprovisionamientos, SGD, S.A. v. Atlantic LNG Company of Trinidad & Tobago, Case No. 08 Civ. 1109 (DLC)**

Dear Judge Cote:

    We represent the Petitioner in these proceedings. I refer the Court the Memorandum Endorsement by the Court (Docket Entry No. 19, copy enclosed) in which the Court granted Respondent's request to file a memorandum of law in opposition to the Petition and in support of Atlantic's cross-motion of up to 35 pages, which would exceed the 25 page limit specified in Rule 2.B of the Court's Individual Practices in Civil Cases. Respondent in fact filed a 34 page memorandum. Under the scheduling order, Petitioner GNA's reply/opposition papers are due on June 16, 2008. With Respondent's consent (as indicated on the enclosed request from Respondent), we respectfully request the same 35 page limit for such papers. The requested extension of the page limit is sought for the same reasons as outlined by Respondent in the attached letter application.

    Accordingly, we respectfully ask the Court to grant the page limit extension. We will respond immediately should the Court have any questions regarding this application.

Respectfully submitted,

Steven Skulnik

Granted.
Denise Cote
June 2, 2008

cc:  Michael L. Hirschfeld (by electronic mail)

Enclosure

NEWYORK/81781.1

CINCINNATI • CLEVELAND • COLUMBUS • HOUSTON • LOS ANGELES • MIAMI • NEW YORK • PALO ALTO • PHOENIX • SAN FRANCISCO • TALLAHASSEE • TAMPA • TYSONS CORNER
WASHINGTON DC • WEST PALM BEACH | CARACAS • RIO DE JANEIRO • SANTO DOMINGO | BRATISLAVA • BRUSSELS • BUDAPEST • LONDON • MADRID • MILAN • MOSCOW
PRAGUE • WARSAW | BEIJING • HONG KONG • SHANGHAI • TOKYO | ASSOCIATED OFFICES: BUCHAREST • BUENOS AIRES • DUBLIN • KYIV • SANTIAGO

www.ssd.com