



SQUIRE | LEGAL
SANDERS | COUNSEL
WORLDWIDE



JUN 1 1 2008

CHAMBERS OF
DENISE COTE

**SQUIRE, SANDERS & DEMPSEY L.L.P.**

350 Park Avenue
New York, New York 10022-6022

Office: +1.212.872.9800
Fax: +1.212.872.9815

**Direct: +1.212.872.9836**
sskulnik@ssd.com

June 10, 2008

# MEMO ENDORSED

**BY HAND DELIVERY**

Hon. Denise L. Cote
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1040
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  6/11/08
```

**Re:    Gas Natural Aprovisionamientos, SGD, S.A. v. Atlantic LNG Company of
Trinidad & Tobago, Case No. 08 Civ. 1109 (DLC)**

Dear Judge Cote:

We represent the Petitioner in these proceedings. I refer the Court to the parties briefing schedule (ECF Doc. 17), the Court's Order permitting the parties to file redacted copies in the public record and unredacted pages under seal (ECF Doc. 20), and the Court's Memo Endorsement permitting the parties to confer on redactions after service of the opposition papers and to file the papers within a week of making service (ECF Doc. 21).

The Petitioner's reply papers on its Petition to Recognize and Enforce the Final Award and its opposition to Respondent's Cross-Motion to Vacate the Final Award are due on June 16, 2008. We intend to serve these papers on the Respondent in accordance with the briefing schedule and will submit unredacted courtesy copies to chambers at that time.

In order to give the parties enough time to agree on redactions, we respectfully ask the Court to give the parties the same one-week time period to agree on redactions and to therefore file the papers by June 23, 2008. Counsel for the Respondent has agreed to this proposal. We will respond immediately should the Court have any questions regarding this application.

Respectfully submitted,

Steven Skulnik

Granted.
/ Denise Cote
June 11, 2008

cc:    Michael L. Hirschfeld (by electronic mail)

NEWYORK/82312.2
052941.00002

CINCINNATI • CLEVELAND • COLUMBUS • HOUSTON • LOS ANGELES • MIAMI • NEW YORK • PALO ALTO • PHOENIX • SAN FRANCISCO • TALLAHASSEE • TAMPA • TYSONS CORNER
WASHINGTON DC • WEST PALM BEACH | CARACAS • RIO DE JANEIRO • SANTO DOMINGO | BRATISLAVA • BRUSSELS • BUDAPEST • LONDON • MADRID • MILAN • MOSCOW
PRAGUE • WARSAW | BEIJING • HONG KONG • SHANGHAI • TOKYO | ASSOCIATED OFFICES: BUCHAREST • BUENOS AIRES • DUBLIN • KYIV • SANTIAGO

www.ssd.com