UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

| | |
|---|---|
| GAS NATURAL APROVISIONAMIENTOS SDG, S.A., | 08 CV. 1109 (DC) |
| Petitioner, | **CERTIFICATE OF SERVICE** |
| -against- | |
| ATLANTIC LNG COMPANY OF TRINIDAD AND TOBAGO, | |
| Respondent. | |

-----------------------------------------------------------

  I hereby certify that on June 16, 2008, Petitioner's Amended Petition, Reply Declaration of George von Mehren with Exhibits and Reply Memorandum of Law were caused to be served by electronic mail (in accordance with their written consent) to the individuals identified as follows: Michael Hirschfeld (MHirschfeld@milbank.com) and James Cavoli (JCavoli@milbank.com), counsel for ATLANTIC LNG COMPANY OF TRINIDAD AND TOBAGO.

  I declare under the penalty of perjury that the foregoing is true and correct and was executed this 19th day of June, 2008 at New York, New York.

                 _____
                    Steven Skulnik