# MILBANK, TWEED, HADLEY & McCLOY LLP

### 1 CHASE MANHATTAN PLAZA

**LOS ANGELES**
213-892-4000
FAX: 213-629-5063

**WASHINGTON, D.C.**
202-835-7500
FAX: 202-835-7586

**LONDON**
020-7615-3000
FAX: 020-7615-3100

**FRANKFURT**
49-69-71914-3400
FAX: 49-69-71914-3500

**MUNICH**
49-89-25559-3600
FAX: 49-89-25559-3700

**NEW YORK, N.Y. 10005-1413**

RECEIVED
JUN 24 2008
CHAMBERS OF
DENISE COTE

212-530-5000
FAX: 212-530-5219

MICHAEL L. HIRSCHFELD
PARTNER
DIRECT DIAL NUMBER
212-530-5832
FAX: 212-822-5832

**BEIJING**
8610-5123-5120
FAX: 8610-5123-5191

**HONG KONG**
852-2971-4889
FAX: 852-2840-0792

**SINGAPORE**
65-6428-2400
FAX: 65-6428-2500

**TOKYO**
813-3504-1050
FAX: 813-3595-2790

June 23, 2008



MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/08

**By Hand Delivery**

The Honorable Denise L. Cote
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1040
New York, NY 10007

Re:    *Gas Natural Aprovisionamientos, SGD, S.A. v. Atlantic LNG Company of*
       *Trinidad & Tobago, Case No. 08 Civ. 1109 (DLC)*

Dear Judge Cote:

We are the attorneys for Respondent, Atlantic LNG Company of Trinidad and Tobago ("Atlantic"), in the above-referenced action. We write to seek permission to file a reply memorandum of law of up to 15 pages, which would exceed the ten-page limit specified in Rule 2.B of the Court's Individual Practices in Civil Cases. Counsel for Petitioner, Gas Natural Aprovisionamientos, SDG, S.A. ("GNA"), consents to Atlantic's request. Per this Court's Briefing Schedule Order dated February 27, 2008, Atlantic's reply papers must be filed on or before June 30, 2008.

In support of this request, we note that (1) with the Court's permission (*see* Docket Entries Nos. 19 and 30), Atlantic's initial memorandum of law, filed on April 16, 2008, and GNA's memorandum of law filed on June 16, 2008, exceeded the 25-page limit provided in the Court's rules, and (2) with the Court's permission (*see* Docket Entry No. 17), GNA served on June 16, 2008 an Amended Petition for recognition and enforcement of the Final Award. The

*Granted.*
*Denise Cote*
*June 24, 2008*

NY2:#4794577

Hon. Denise L. Cote
June 23, 2008
Page 2

papers filed by GNA on June 16 include arguments not made in the original Petition, make
reference to substantially more authority than did the original Petition, and attach (and reference)
hundreds of additional pages from the record. Atlantic will require a modest extension of the
limit applicable to a reply brief, to 15 pages, in order to respond to the matters raised in GNA's
submission.

  We are prepared to conference with the Court if the Court so requires.


        Respectfully,

        Michael L. Hirschfeld


cc:  George von Mehren, Esq.
    Counsel for GNA
    (by e-mail)

NY2:#4794577