# MILBANK, TWEED, HADLEY & McCLOY LLP

1 CHASE MANHATTAN PLAZA

NEW YORK, N.Y. 10005-1413

212-530-5000
FAX: 212-530-5219

| LOS ANGELES | BEIJING |
|---|---|
| 213-892-4000 | 8610-5123-5120 |
| FAX: 213-629-5063 | FAX: 8610-5123-5191 |
| | |
| WASHINGTON, D.C. | HONG KONG |
| 202-835-7500 | 852-2971-4888 |
| FAX: 202-835-7586 | FAX: 852-2840-0792 |
| | |
| LONDON | SINGAPORE |
| 020-7615-3000 | 65-6428-2400 |
| FAX: 020-7615-3100 | FAX: 65-6428-2500 |
| | |
| FRANKFURT | TOKYO |
| 49-69-71914-3400 | 813-3504-1050 |
| FAX: 49-69-71914-3500 | FAX: 813-3595-2790 |
| | |
| MUNICH | |
| 49-89-25559-3600 | |
| FAX: 49-89-25559-3700 | |

MICHAEL L. HIRSCHFELD
PARTNER
DIRECT DIAL NUMBER
212-530-5832
FAX: 212-822-5832



JUN 26 2008

June 25, 2008

**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/08
```

**By Hand Delivery**

The Honorable Denise L. Cote
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1040
New York, NY 10007

Re:   *Gas Natural Aprovisionamientos, SGD, S.A. v. Atlantic LNG Company of Trinidad & Tobago,* Case No. 08 Civ. 1109 (DLC)

Dear Judge Cote:

    We represent the Respondent Atlantic LNG Company of Trinidad & Tobago ("Atlantic") in these proceedings. We refer to the briefing schedule in this matter (Docket Entry No. 17), the Court's Order permitting the Parties to file redacted copies in the public record and unredacted pages under seal (Docket Entry No. 20), and the Court's prior Orders permitting the parties to confer, after service but before filing, with respect to redactions and to file redacted/sealed papers within a week of service (Docket Entries Nos. 21 and 31).

    Atlantic's reply papers in support of its motion to vacate the award and in opposition to Gas Natural Aprovisionamientos, SGD, S.A.'s ("GNA") petition to recognize and enforce the award will be served on GNA on or before June 30, 2008, in accordance with the briefing schedule. In order to give the Parties enough time to confer with respect to redactions pertaining to Atlantic's June 30 papers, we respectfully request that the Court afford the Parties the same

NY2:#4794947

Hon. Denise L. Cote
June 25, 2008
Page 2

one-week time period previously granted with respect to other papers, and permit Atlantic to file its reply papers on or before July 7, 2008. Counsel for GNA consents to this request.

Please note that, pursuant to Your Honor's Individual Practices in Civil Cases, Rule 2.E., and by agreement with counsel for GNA, Atlantic will provide the Court with courtesy copies of all unredacted papers filed by both parties on or before July 1, 2008.

We are prepared to conference with the Court if the Court so requires.

Respectfully,

Michael L. Hirschfeld

cc:   George von Mehren, Esq.
      Counsel for GNA
      (by e-mail)

*Granted.*

*Denise Cote*
*June 26, 2008*

NY2.#4794947