## MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP

1 CHASE MANHATTAN PLAZA

NEW YORK, N.Y. 10005-1413

212-530-5000
FAX: 212-530-5219

JAMES G. CAVOLI
OF COUNSEL
DIRECT DIAL NUMBER
212-530-5172
FAX. 212-822-5172
E-MAIL: jcavoli@milbank.com

LOS ANGELES
213-892-4000
FAX: 213-629-5063

WASHINGTON, D.C.
202-835-7500
FAX: 202-835-7586

LONDON
44-207-448-3000
FAX: 44-207-448-3029

FRANKFURT
49-69-71914-3400
FAX: 49-69-71914-3500

MUNICH
49-89-25559-3600
FAX: 49-89-25559-3700

TOKYO
813-3504-1050
FAX: 813-3595-2790

HONG KONG
852-2971-4888
FAX: 852-2840-0792

SINGAPORE
65-6428-2400
FAX: 65-6428-2500

**MEMO ENDORSED**

June 27, 2008



JUN 30 2008

CHAMBERS OF
DENISE COTE

**By Hand Delivery**

The Honorable Denise L. Cote
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1040
New York, NY 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/30/08

Re:   *Gas Natural Aprovisionamientos, SGD, S.A. v. Atlantic LNG Company of Trinidad & Tobago*, Case No. 08 Civ. 1109 (DLC)

Dear Judge Cote:

We are the attorneys for Respondent, Atlantic LNG Company of Trinidad and Tobago ("Atlantic"), in the above-referenced action. On April 23, 2008, Atlantic electronically filed several documents (dated and served on April 16, 2008) in support of Atlantic's motion to vacate the arbitral award and in opposition to Gas Natural Aprovisionamientos SDG S.A.'s ("GNA's") petition to recognize and enforce that award (*See* Docket Entry Nos. 24-27). Among these documents was the Declaration of James Cavoli, which attaches several exhibits. We write to seek permission to substitute Exhibit 18 to the Cavoli Declaration with a subsequent, superseding version of the same document. GNA consents to Atlantic's request.

Current Exhibit 18 to the Cavoli Declaration is an email from the Tribunal, dated November 7, 2007, that attaches a document entitled "Hearing Schedule, Tribunal Questions and Arrangements" (the "Tribunal Questions"). Memoranda of law submitted both by GNA and Atlantic refer to this document. By email dated November 8, 2007, the Tribunal provided the

Hon. Denise L. Cote
June 27, 2008
Page 2

Parties with a slightly revised version of the Tribunal Questions (the "Revised Tribunal Questions"). We recently realized that we inadvertently included the original, rather than revised, version as Exhibit 18. (Current Exhibit 18 is enclosed with this letter as Exhibit A, and the substitute Exhibit 18 is enclosed as Exhibit B.) Because Atlantic refers in its papers to questions that are included in the revised version, but not the original, we seek leave to remove the current documents marked as Exhibit 18 (to the Cavoli Declaration) and replace them with the Revised Tribunal Questions.

      We are prepared to conference with the Court if the Court so requires.

                                            Respectfully,

                                            James G. Cavoli

cc:    Stephen Anway, Esq., Counsel for GNA
        (by e-mail)

Granted.

/s/ Denise Cote
June 30, 2008