UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GAS NATURAL APROVISIONAMIENTOS SDG, S.A.,<br><br>                    Petitioner,<br><br>        v.<br><br>ATLANTIC LNG COMPANY OF TRINIDAD AND TOBAGO,<br><br>                    Respondent. | Case No.: 08 Civ. 1109 (DLC) |

### CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2008, the corrected Declaration of James Cavoli, dated April 16, 2008, and the exhibits thereto, were served on Counsel for GNA by email, in accordance with their written consent, as follows:

>   George M. von Mehren, Esq. (GvonMehren@ssd.com)
>   Stephen P. Anway, Esq. (SAnway@ssd.com)
>   Howard J. Nicols, Esq. (HNicols@ssd.com)
>   Steven B. Harris, Esq. (SHarris@ssd.com)

DATED:  July 3, 2008
        New York, New York

_____
James G. Cavoli