UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GAS NATURAL APROVISIONAMIENTOS
SDG, S.A.,

                     Petitioner,

v.

ATLANTIC LNG COMPANY OF
TRINIDAD AND TOBAGO,

                     Respondent.

Case No.: 08 Civ. 1109 (DLC)

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2008, Defendant Atlantic LNG Company of Trinidad and Tobago's Reply Memorandum of Law in Support of Its Motion to Vacate the Arbitral Award and in Opposition to Gas Natual Aprovisionamientos SDG S.A.'s Amended Petition to Recognize and Enforce the Award, and the related Declaration of James Cavoli and exhibit thereto, were served on Counsel for GNA by email, in accordance with their written consent, as follows:

    George M. von Mehren, Esq. (GvonMehren@ssd.com)
    Stephen P. Anway, Esq. (SAnway@ssd.com)
    Howard J. Nicols, Esq. (HNicols@ssd.com)
    Steven B. Harris, Esq. (SHarris@ssd.com)

DATED:  June 30, 2008
              New York, New York

_____
James G. Cavoli