UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
GAS NATURAL APROVISIONAMIENTOS
SDG, S.A.,

                Plaintiff,

                                                           08  **CIVIL** 1109     (**DLC**)

       -against-

ATLANTIC LNG COMPANY OF TRINIDAD
AND TOBAGO,

                Defendant.
-----------------------------------------------------------------x

# NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:   Howard J.C. Nichols, c/o Squire, Sanders & Dempsey L.L.P.

☒   *Attorney*

    ☒   I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
        (HC 3594)

    ☐   I am a Pro Hac Vice attorney

    ☐   I am a Government Agency attorney

☐   *Law Firm/Government Agency Association*

    From: _____

    To:   _____

    ☐   I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐   I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____ _____.

☒   *Address:*   1095 Avenue of the Americas, 31st Floor, NY, NY 10036-6797

☐   *Telephone Number:* _____

☐   *Fax Number:* _____

☐   *E-Mail Address:* _____

Dated: 08/01/08

                                       Howard J.C. Nichols (HC 3594)