UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
GAS NATURAL APROVISIONAMIENTOS
SDG, S.A.,

                       Plaintiff,

          -against-

ATLANTIC LNG COMPANY OF TRINIDAD
AND TOBAGO,
                       Defendant.
-------------------------------------------------------------x

    08 **CIVIL** 1109 (DLC)

# NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: Steven Skulnik, c/o Squire, Sanders & Dempsey L.L.P.

[X] *Attorney*

    [X] I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: (SS 7821)

    [ ] I am a Pro Hac Vice attorney

    [ ] I am a Government Agency attorney

[ ] *Law Firm/Government Agency Association*

    From: _____

    To: _____

    [ ] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    [ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____ _____.

[X] *Address:* 1095 Avenue of the Americas, 31st Floor, NY, NY 10036-6797

[ ] *Telephone Number:* _____

[ ] *Fax Number:* _____

[ ] *E-Mail Address:* _____

Dated: 08/01/08                     _____
                                        Steven Skulnik (SS 7821)